UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30250 |
| Plaintiff-Appellee, | D.C. No. 3:18-cr-00161-IM-1 |
| v. | District of Oregon, Portland |
| NATHAN WHEELER, | ORDER |
| Defendant-Appellant. | |

Before: McKEOWN, RAWLINSON, and FRIEDLAND, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver (Docket Entry No. 20) is granted. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (knowing and voluntary appeal waiver whose language encompasses the right to appeal on the grounds raised is enforceable). Contrary to appellant's contention, he was sentenced in accordance with the plea agreement even if he is correct that the district court miscalculated the Guidelines range, and the appeal waiver encompasses his challenges to that calculation. *See United States v. Medina-Carrasco*, 815 F.3d 457, 462 (9th Cir. 2015); *see also United States v. Martinez*, 143 F.3d 1266, 1271 (9th Cir. 1998) ("When a plea agreement expressly waives a defendant's right to appeal a sentence, the waiver extends to an appeal based on an incorrect application of the sentencing guidelines.").

**DISMISSED.**