UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff - Appellee,<br><br>v.<br><br>NATHAN WHEELER,<br><br>     Defendant - Appellant. | No. 19-30250<br><br>D.C. No. 3:18-cr-00161-IM-1<br>U.S. District Court for Oregon,<br>Portland<br><br>**MANDATE** |

The judgment of this Court, entered October 29, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7